zoom341 [06/30/20]

## OFFICE OF THE UNITED STATES TRUSTEE'S

## INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of the ongoing issues with the COVID−19 virus, §341 Meetings of Creditors ("Meeting"), will continue to be conducted remotely using either Teleconference or Zoom video/audio conference platforms.

Meetings Noticed for Teleconference

(1) You must use a touch−tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one case will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

Meetings Noticed for Zoom video/ audio

(1) You may use a computer, lap−top, tablet, smart phone, or landline to participate.

(2) Video preferred.. The video meeting can be joined using any device that has a camera. If no camera is available, the meeting can be joined by audio only using a cell phone or landline.

(3) To join the video meeting, visit Zoom.us and click Join Meeting, enter the Meeting ID Number and Passcode when prompted.

(4) To join the Meeting using audio only, dial the call−in number and enter the Meeting ID Number and Passcode when prompted.

(5) Upon joining the Meeting, you will be in a virtual waiting room. Please be patient. The Trustee will admit you to the Meeting room at the appropriate time. Please check your video and audio connections while in the waiting room.

(6) When your Meeting is finished, you may leave the Meeting room.

Bankruptcy Documents:

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

No Recording:

The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

zoom341

United States Bankruptcy Court

Southern District of California

In re:  
Dustin Raymond Atwell, Sr.  
Amalia Atwell  
    Debtors

Case No. 21-00516-LT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2  
Date Rcvd: Feb 16, 2021      Form ID: zoom341      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dustin Raymond Atwell, Sr., Amalia Atwell, 9050 Bubbling Wells Rd, Lakeside, CA 92040-5157 |
| smg | + | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| 14841988 | + | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14841989 | | Capital One Bank USA, PO Box 30281, San Francisco, CA 94130-0281 |
| 14841994 | + | Franklin Collection Service, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 14841998 | + | Midland Credit Mgmt Inc, 320 East Big Beaver, Ste 300, Troy, MI 48083-1271 |
| 14842001 | + | Specialized Loan Servicing, 8742 Lucent Blvd Suite 300, Littleton, CO 80129-2386 |
| 14842002 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14842003 | | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14842005 | | US Dept of Education, 3130 Fairview Park Dr, Ste 800, Chesapeake, VA 23323 |
| 14842007 | + | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 14842008 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Feb 17 2021 04:36:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | + | Email/Text: itcdbg@edd.ca.gov | Feb 17 2021 04:35:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 17 2021 04:36:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Feb 17 2021 04:35:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14841988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2021 05:14:01 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14841990 | + | Email/Text: bankruptcy@connexuscu.org | Feb 17 2021 04:36:00 | Connexus Credit Union, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |
| 14841991 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 17 2021 04:36:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 14841992 | | Email/Text: mrdiscen@discover.com | Feb 17 2021 04:35:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14841993 | + | Email/Text: bknotice@ercbpo.com | Feb 17 2021 04:36:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14841995 | + | Email/Text: bk.notifications@jpmchase.com | Feb 17 2021 04:35:00 | JPMCB Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: zoom341 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14841996 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2021 04:35:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14841997 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 04:56:37 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14841999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 05:13:18 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14842208 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 05:13:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14842004 | | Email/Text: tidewaterlegalebn@twcs.com | Feb 17 2021 04:35:00 | Tidewater Financial, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 14842003 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2021 05:05:53 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14842006 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 17 2021 04:35:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14842000 | | Progressive Management Systems, 1521 W Cameron Ave FL1 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Anthony Varley | on behalf of Joint Debtor Amalia Atwell attorneys@varleylaw.com varleyjr66504@notify.bestcase.com |
| John Anthony Varley | on behalf of Debtor Dustin Raymond Atwell Sr. attorneys@varleylaw.com, varleyjr66504@notify.bestcase.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;dereks@flgsd.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 4